ALBANY,
April, 1832.

The People
v.
Onondaga
C. P.

April 5.

---

THE PEOPLE, on the relation of Colton, *vs.* ONONDAGA C. P.

Where a *certiorari* is allowed by a proper officer, although his *allocatur* be not endorsed upon the writ, and the justice make return, the C. P. have jurisdiction of the cause.

April 5.

MOTION for a mandamus. An affidavit to found a certiorari was presented to a commissioner, upon which he made the following endorsement : " I allow a certiorari to issue on the judgment rendered in the cause within referred to," and signed the same. No certiorari was presented to the commis-

sioner, nor did he endorse an *allocatur* upon such writ. A certiorari, however, was issued, and the justice made a return thereto. The defendant in error moved to quash the certio-rari for the want of an *allocatur* thereon, which the C. P. re-fused to do, and a mandamus was now asked for.

ALBANY,
April, 1832.

The People
v.
Superior Court
of N. Y.

*By the Court,* SUTHERLAND, J. The justice was not bound to obey the writ without an *allocatur* endorsed thereon: but he made a return, and the C. P. obtained jurisdiction of the cause, and they properly refused to quash the proceeding, the issuing of the writ having been allowed by a proper officer, al-though his allocatur was not endorsed upon it. The motion is denied.